IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WALTER YOCHIM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ENGINEERED STRUCTURES, INC. and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | CV 19–45–M–DWM<br><br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this  4th  day of    May    , 2020.

　　　　　　　　　　　　　　　　　　　10:44 AM
　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　United States District Court